1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| VICTOR MENDOZA, | CASE NO.: 2:14-cv-07837 (BRO) (FFMx) |
|---|---|
| Plaintiff, | Assigned to Hon. Beverly Reid O'Connell |
| vs. | **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| STAPLES, INC., STAPLES CONTRACT AND COMMERCIAL, INC., MARIO GUTIERREZ, RICKY MILLAN, LARRY TERRAZAS, ADRIAN MARTINEZ, and DOES 1 to 100, inclusive, | Trial Date:        November 17, 2015 |
| Defendants. | |

318824

## **ORDER**

The Court, having considered the parties' Joint Stipulation to Dismiss Entire Action with Prejudice, and finding good cause therefor, adopts the terms thereof as the Order of the Court and hereby orders that Case No. 2:14-cv-07837 (BRO) (FFMx) be dismissed in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated: April 7, 2015

By: _____
HON. BEVERLY REID O'CONNELL
United States District Court Judge